1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

6  STEPHEN E. HORAN, SBN 125241
   JEFFREY D. CHRISTENSEN, SBN 226716
7  PORTER, SCOTT, WEIBERG & DELEHANT
   650 University Avenue, Suite 200
8  Sacramento, CA 95825
   Telephone: (916) 929-1481
9  Facsimile: (916) 927-3706

10 Attorneys for Defendant
   ROSEVILLE CYCLE, INC.
11 and SACRAMENTO MOTOR SPORTS, INC.

12

13                  UNITED STATES DISTRICT COURT

14                  EASTERN DISTRICT OF CALIFORNIA

15 JAMES SANFORD,                          Case No. CIV. S-04-1114 DFL CMK
16      Plaintiff,
17                                         **REQUEST FOR DISMISSAL AND
   v.                                      ORDER THEREON AS TO
18                                         DEFENDANTS ROSEVILLE CYCLE
   ROSEVILLE CYCLE, INC.; SACRAMENTO       INC. AND SACRAMENTO MOTOR
19 MOTOR SPORTS; CYNTHIA JOHNSTON;         SPORTS, INC. ONLY**
   and DOES 1 through 10.
20
21      Defendants.
22 _____/

23
24
25
26
27
28

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, James Sanford, and defendants, Roseville Cycle Inc. And Sacramento Motor Sports, Inc., the parties hereby request that <u>Roseville Cycle Inc. And Sacramento Motor Sports, Inc. ONLY be dismissed with prejudice from the above-entitled action</u>.

Nothing is this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendants Roseville Cycle Inc. And Sacramento Motor Sports, Inc.

Dated: November 9, 2005                LAW OFFICES OF LYNN HUBBARD, III


<u>/s/ Scottlynn J Hubbard, IV</u>
SCOTTLYNN J HUBBARD, IV
Attorneys for Plaintiff


Dated: September 7, 2005               PORTER SCOTT WEIBERG & DELEHANT


<u>Signature On File</u>
STEPHEN HORAN, ESQ.
Attorneys for Defendants Roseville Cycle Inc.
And Sacramento Motor Sports, Inc.

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-04-1114 DFL CMK, is hereby dismissed with prejudice **as to Roseville Cycle Inc. and Sacramento Motor Sports, Inc. only.**

Dated: 11/10/2005


_____
DAVID F. LEVI
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28